# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 24, 2025

## NO. 03-25-00175-CV

**Leslie Paul Stephens, Appellant**

**v.**

**George Gene Brummer and Kimale Langdon Brummer, Appellees**

---

### APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE

---

This is an appeal from the final order entered by the trial court. Having reviewed the record, the court has determined that this appeal should be consolidated into cause number 03-25-00176-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filing in this cause number to cause number 03-25-00176-CV and dismisses cause number 03-25-00175-CV. The costs will be assessed on the disposition of cause number 03-25-00176-CV.